**CHAPTER 13 PLAN ANALYSIS**

**Re: KRISTEN MOORE**  CASE NUMBER: 24-12706BLS
Prior: Bankruptcy( ) Chapter 13 (X)  Date: December 2, 2024
Estimated Length of Plan _60___Months  Trustee Use
  341 Meeting Date _____
  Continued: _____
  Confirmed Date: _____

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES**

A. TOTAL PRIORITY CLAIMS (Claims)

  i) Unpaid Attorney fees ----------------------------- $   4,500.00

  ii) Taxes……………………………………………………………………………………………………. $

  iii) OTHER……………………………………………………………------------------- - $

TOTAL OF PAYMENTS TO CURE DEFAULTS (Class two)……………………   6,000.00

TOTAL OF PAYMENTS ON SECURED CLAIMS (Class Three)………………  32,900.00

TOTAL OF PAYMENTS ON UNSECURED CLAIMS (Class four)………………

SUB-TOTAL…………………………………………………………………………………………………………  43,400.00

TOTAL TRUSTEE'S COMPENSATION (% OF debtor's payments)…   4,822.22

TOTAL DEBT AND ADMINISTRATIVE EXPENSES……………………………  48,222.22

RECONCILIATION WITH CHAPTER

B. INTEREST OF CLASS FOUR CREDITORS IF CHATPER 7 FILED

  I) Value of debtor's interest in nonexempt property………………………………………………

  ii) Plus: Value of Property recoverable under avoiding powers………………

  iii) Less: Estimated Chapter 7 administrative expense………………………………………

  iv) Less: amounts payable to priority creditors other than

    Costs of admin……………………………………………………………

  v) Equals: estimated amount payable to Class 4 creditors if

    Chapter 7 filed…………………………………………………

C. ESTIMATED DIVIDINED FOR CLASS FOUR UNDER CHAPTER……………………………

D. ESTIMATED DIVIDEND UNDER PLAN………………………………………………………………

/s/ VICTORIA ELLIOTT ESQUIRE    /S/ KRISTEN MOORE
          DEBTOR