# Notice Recipients

District/Off: 0311−1    User: admin    Date Created: 12/3/2024
Case: 24−12706−BLS    Form ID: 309I    Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Kristen Moore | 1805 Montclair Avenue    Wilmington, DE 19808 |
| tr | William F Jaworski, Jr | Office of the Chapter 13 Trustee    824 N Market Street, Suite 1002    Wilmington, DE 19801 |
| aty | Victoria Elliott | Doroshow Pasquale Krawitz & Bhaya    1202 Kirkwood Highway    Wilmington, DE 19805 |
| 19473660 | Affirm, Inc. | Attn: Bankruptcy    30 Isabella Street 4th Floor    Pittsburgh, PA 15212 |
| 19473661 | Bank Of America | Attn: Bankruptcy    100 North Tryon St    Charlotte, NC 28255 |
| 19473662 | Carrington Mortgage Services | Attn: Bankruptcy    1600 South Douglass Road Stes 110 & 200    Anaheim, CA 92806 |
| 19473663 | Cbusasears | Attn: Bnakruptcy    PO Box790040    St Louis, MO 63179−0040 |
| 19473664 | Comenity Bank/Ameri Sgn | Attn: Bankruptcy    PO Box 182125    Columbus, OH 43218 |
| 19473665 | Comenity Capital/famous | Attn: Bankruptcy    PO Box 182125    Columbus, OH 43218 |
| 19473666 | Cornerstone | Po Box 82561    Lincoln, NE 68501 |
| 19473667 | Credit Acceptance | 25505 West 12 Mile Rd. Ste. 3000    Southfield, MI 48034 |
| 19473668 | Delaware State Housing Authority | 18 The Green    Dover, DE 19901 |
| 19473669 | Delmarva | Bankruptcy Division    5 Collins Drive, Suite 2133    Penns Grove, NJ 08069 |
| 19473758 | Department of Labor | Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809 |
| 19473707 | Doroshow Pasquale Krawitz & Bhaya | 1202 Kirkwood Hwy    Wilmington, DE 19805 |
| 19473759 | Ellen Slights, Assistant US Attorney | P.O. Box 2046    Wilmington, DE 19899−2046 |
| 19473670 | Gregory J. Babcock, Esquire | 1000 N. West Street Suite 1200−1253    Wilmington, DE 19801 |
| 19473671 | H&R Block/Pathward/Emerald Fncl | Attn: Bankruptcy    PO Box 30674    Salt Lake City, UT 84130 |
| 19473672 | I C System | Attn: Bankruptcy    444 Highway 96 East    Saint Paul, MN 55127 |
| 19473673 | Jefferson Capital Systems, LLC | Attn: Bankruptcy    200 14th Ave E    Sartell, MN 56377 |
| 19473674 | Law Office of Patrick Scanlon | 203 NE Front Street 101    Milford, DE 19963 |
| 19473675 | Loretta Fuentes | 1907 Marshall Ave    Wilmington, DE 19808 |
| 19473676 | M&T Credit Services | Attn: Bankruptcy    PO Box 844    Buffalo, NY 14240 |
| 19473677 | Nelnet | Attn: Claims    PO Box 82505    Lincoln, NE 68501−2505 |
| 19473756 | New Castle County/Law | Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720 |
| 19473678 | Portfolio Recovery Associates | 120 Corporate Blvd.    Norfolk, VA 23502 |
| 19473679 | Santander Consumer USA, Inc | Attn: Bankruptcy    PO Box 961245    Fort Worth, TX 76161 |
| 19473680 | State of Delaware | Division of Revenue    820 N. French Street    Wilmington, DE 19801 |
| 19473757 | State of Delaware | Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820 |
| 19473681 | Suburban Psychiatric Services | 5177 W Woodmill Dr #6    Wilmington, DE 19808 |
| 19473682 | Syncb/Rooms To Go | Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 |
| 19473683 | Synchrony Bank/Amazon | PO Box 71735    Philadelphia, PA 19176 |
| 19473684 | Synchrony Bank/HH Gregg | Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 |
| 19473685 | Toyota Financial Services | Attn: Bankruptcy    PO Box 259001    Plano, TX 75025 |
| 19473686 | Transworld | PO Box 15273    Wilmington, DE 19850 |
| 19473659 | UNITED STATES SEC HOUSING & URBAN DEV | 451 7th Street SW    Washington, DC 20410 |

TOTAL: 36